OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 17. 2015

6/10/2015
**PROPER, JOEY SHANE**                Tr. Ct. No.                    WR-35,475-18
On this day, the original application for writ of mandamus has been received and presented to the Court.

Abel Acosta, Clerk

JOEY SHANE PROPER

U T F

RETURN TO SENDER
NOT IN DALLAS COUNTY JAIL

MEBN3B 75202